In the Matter of TERENCE BODDIE, Appellant, v GLENN S. GOORD, as Commissioner of the Department of Correctional Services, et al., Respondents.

Submitted September 29, 2003; decided January 12, 2004

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

STEPHANIE BRUKER, Appellant, v SULLIVAN AND LIAPAKIS, P.C., et al., Respondents.

STEPHANIE BRUKER, Appellant, v SUSAN SAVOCA, Respondent.

Submitted November 17, 2003; decided January 12, 2004

Motion to enlarge the record on appeal denied.